IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY SMITH                                                                                    PLAINTIFF

                v.                              Civil No. 6:13-cv-06023

WARDEN MARY BROWN, Omega
Technical Violators Center; MAJOR
WILEY, Omega Technical Violators
Center; and the OMEGA TECHNICAL
VIOLATORS CENTER                                                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Anthony Smith filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on February 26, 2013.  The case was initially filed in the Eastern District of Arkansas and transferred here.

      At the time he filed the complaint, Plaintiff was incarcerated in the Omega Technical Violator Center located in Malvern, Arkansas.  Plaintiff's *in forma pauperis* (IFP) application was incomplete.  On March 27, 2013, an order (ECF No. 6) was entered directing Plaintiff to submit to the Court an account certificate to be considered in connection with his motion (ECF No. 1) to proceed IFP.  Plaintiff was given until April 19, 2013, to submit the completed account certificate to the Court or to pay the $350 filing fee.  He was advised that failure to respond to the order could result in the dismissal of the case.

      The Court's order was returned as undeliverable.  However, a new address was provided on the returned envelope.  A change of address was entered on Plaintiff's behalf and the order was resent.  The order was not returned as undeliverable.

      On April 19th, Plaintiff provided the Court with a change of address and the change was

entered on the docket (ECF No. 7). He indicated he was incarcerated in the Van Buren County Detention Center in Clinton, Arkansas.

A show cause order was entered on June 18th (ECF No. 8). Plaintiff was given until July 5, 2013, to show cause why the case should not be dismissed for failure to comply with the Court's order. He was advised that failure to reply to the show cause order would result in a report and recommendation being entered recommending dismissal of this case.

The show cause order was returned as undeliverable on July 5th. The Court Clerk obtained a home address for the Plaintiff from the Van Buren County Detention Center. A change of address was entered on Plaintiff's behalf on July 8th (ECF No. 7). The order to show cause was resent.

The mail sent on July 8th has not been returned as undeliverable. Plaintiff has not responded to the show cause order or contacted the Court in any way. I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to keep the Court informed of his address. Fed. R. Civ. P. 41(b); Rule 5.5 of the Local Rules for the Eastern and Western Districts of Arkansas.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of August 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE