```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

ANTHONY SMITH                                              PLAINTIFF

    V.                    Civil No. 13-6023

WARDEN MARY BROWN, Omega
Technical Violators Center;
MAJOR WILEY, Omega Technical
Violators Center; and the
OMEGA TECHNICAL VIOLATORS CENTER                           DEFENDANTS

## O R D E R

On this 20th day of August 2013, there comes on for consideration the report and recommendation filed in this case on August 2, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to keep the Court informed of his address and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b); Rule 5.5 of the Local Rules for the Western District of Arkansas.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge